LAW OFFICES OF BING LI, LLC
Bing Li (BL 5550)
1350 Broadway, Suite 1001
New York, NY 10018-0947
(212) 967-7690
Attorneys for Plaintiff
Korean Produce Buying Service Inc.
bli@blillc.com

Chan Yun Joo, Esq.
303 Fifth Avenue, Suite 806
New York, NY 10016
(212) 447-1600
Co-counsel for Plaintiff

08 CV 02493



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
KOREAN PRODUCE BUYING SERVICE INC.,
t/a K.P.T.,

                Plaintiff,

-against-

CHA BROTHERS, MYUNG JONG CHA and
HAE JA CHA, individually and/or doing business
as Cha Brothers,

                Defendants.
---------------------------------------------------------------x

Case No.:

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

        KOREAN PRODUCE BUYING SERVICE INC. t/a K.P.T.,
        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: **None**

Dated: New York, New York
       March 10, 2008

                                                                      _____
                                                                 Bing Li (BL 5550)