UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



KOREAN PRODUCE BUYING SERVICE
INC., t/a K.P.T.,

                        Plaintiff,

-v-

CHA BROTHERS, MYUNG JONG CHA
and HAE JA CHA, individually and/or doing
business as Cha Brothers,

                        Defendants.

No. 08 Civ. 2493 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On March 12, 2008, plaintiff in the above-entitled action submitted an *ex parte* application for an order temporarily restraining defendants from, *inter alia*, transferring their assets, thereby frustrating plaintiff's ability to collect debts allegedly owed by defendants. (*See* Pl.'s Mem. at 6.)

    IT IS HEREBY ORDERED that plaintiff's *ex parte* application for a temporary restraining order is DENIED. Plaintiff has failed to establish that "*immediate and irreparable* injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(c) (emphasis added); *see Borey v. Nat'l Union Fire Ins. Co.*, 934 F.2d 30, 34 (2d Cir. 1991) (internal citation omitted).

    IT IS FURTHER ORDERED that the parties shall appear for a conference on Tuesday, March 18, 2008, at 4:30 p.m. in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, prior to the conference, plaintiff shall serve a copy of the complaint, its application and supporting papers on defendants and file proof of service electronically with the Court.

SO ORDERED.

DATED:   New York, New York
         March 12, 2008

                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE