LAW OFFICES OF BING LI, LLC
Bing Li (BL 5550)
1350 Broadway, Suite 1001
New York, NY 10018-0947
(212) 967-7690
Attorneys for Plaintiff
Korean Produce Buying Service Inc.
bli@blillc.com

Chan Yun Joo, Esq.
303 Fifth Avenue, Suite 806
New York, NY 10016
(212) 447-1600
Co-counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
KOREAN PRODUCE BUYING SERVICE INC.,          08 Civ. 2493 (RJS)
t/a K.P.T.,

                Plaintiff,

    -against-

CHA BROTHERS, MYUNG JONG CHA and
HAE JA CHA, individually and/or doing business
 as Cha Brothers,

                Defendants.
---------------------------------------------------------------x

**DECLARATION OF BING LI**
**REGARDING SERVICE OF PROCESS**

      BING LI, an attorney duly admitted to practice before this Court, declares under

the penalty of perjury as follows:

      1.    I am a member of the LAW OFFICES OF BING LI, LLC, attorneys for

KOREAN PRODUCE BUYING SERVICE INC., t/a K.P.T., the Plaintiff in the within

action.

- 2 -

    2.    On March 14, 2008, at about 11:59 a.m., at 4376 White Plains Road, Bronx, New York , I served a true copy of (1) Summons and Complaint filed in this Action dated March 12, 2008, (2) Civil Cover Page and Rule 7.1. Statement, (3) Proposed Order to Show Cause, Declaration of Bing Li dated March 10, 2008 and Declaration of Yong H. Kim dated March 10, 2008 respectively, (4) Plaintiff's Memorandum of Law dated March 10, 2008, and (5) the Order of the Honorable Richard J. Sullivan, U.S.D.J., dated March 12, 2008, on defendants CHA BROTHERS, MYUNG JONG CHA and HAE JA CHA by personally delivering said papers and order to said persons and defendants in compliance with section 308(1) of the New York Civil Practice Law and Rules ("CPLR").  I knew that that the individuals so served were the defendants in this action because defendants Myung Jong Cha and Hae Ja Cha specifically identified themselves as such and that they operate their business as Cha Brothers.

    3.    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on March 14, 2008
New York, New York.
2:20 p.m.                             /s/
                                         Bing Li (BL 5550)