UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



KOREAN PRODUCE BUYING SERVICE INC.,
t/a K.P.T.,

                        Plaintiff,

-v-

CHA BROTHERS, MYUNG JONG CHA and
HAE JA CHA, individually and/or doing business
as Cha Brothers,

                        Defendants.

No. 08 Civ. 2493 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The above entitled action is hereby REFERRED to the Honorable Ronald L. Ellis, Magistrate Judge, for the following purpose:

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:*

_X_ Settlement* - The parties shall appear for a settlement conference before Judge Ellis on April 9, 2008, at 10:00 a.m., in Courtroom 18D.

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

---

* Do not check if already referred for general pretrial.

SO ORDERED.

Dated:    New York, New York
          March 31, 2008

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES DISTRICT JUDGE