UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KOREAN PRODUCE BUYING SERVICE INC.,
t/a K.P.T.,

                     Plaintiff,

-v-

CHA BROTHERS, MYUNG JONG CHA and
HAE JA CHA, individually and/or doing business
as Cha Brothers,

                     Defendants.

No. 08 Civ. 2493 (RJS)
ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

RICHARD J. SULLIVAN, District Judge:

    At a conference held before the Court in the above-entitled action on March 31, 2008, the Court adopted the following directives:

        Defendants shall submit their opposition to plaintiff's application for a preliminary injunction by April 11, 2008.

        Plaintiff's shall submit their reply thereto by April 18, 2008.

        The parties shall appear for oral argument and/or a hearing regarding plaintiff's application on April 30, 2008 at 2:00 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

        By separate order dated March 31, 2008, this matter has been referred to the Honorable Ronald L. Ellis, Magistrate Judge, for a settlement conference. The parties shall appear for a settlement conference before Judge Ellis on April 9, 2008 at 10:00 a.m. in Courtroom 18D, United States District Court, 500 Pearl Street, New York, New York.

    IT IS HEREBY ORDERED that plaintiff shall serve a copy of this Order on defendants and electronically file proof of service with the Court.

SO ORDERED.

DATED:    New York, New York
               March 31, 2008

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE