LAW OFFICES OF BING LI, LLC
Bing Li (BL 5550)
1350 Broadway, Suite 1001
New York, NY 10018-0947
(212) 967-7690
Attorneys for Plaintiff
Korean Produce Buying Service Inc.
bli@blillc.com

Chan Yun Joo, Esq.
303 Fifth Avenue, Suite 806
New York, NY 10016
(212) 447-1600
Co-counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
KOREAN PRODUCE BUYING SERVICE INC.,          08 Civ. 2493 (RJS)
t/a K.P.T.,

                      Plaintiff,

      -against-

CHA BROTHERS, MYUNG JONG CHA and
HAE JA CHA, individually and/or doing business
 as Cha Brothers,

                      Defendants.
---------------------------------------------------------------x

**DECLARATION OF BING LI**
**REGARDING SERVICE OF COURT ORDER**

      BING LI, an attorney duly admitted to practice before this Court, declares under

the penalty of perjury as follows:

      1.    I am a member of the LAW OFFICES OF BING LI, LLC, attorneys for

KOREAN PRODUCE BUYING SERVICE INC., t/a K.P.T., the Plaintiff in the within

action.

- 2 -

2.      On April 1, 2008, I caused to be served a true copy of the Order of the Honorable Judge Sullivan dated March 31, 2008 (ECF Docket # 13) (the "Order"), together with a copy of the email docket text received through the court's ECF system ("Docket Text"), on defendants CHA BROTHERS, MYUNG JONG CHA and HAE JA CHA by first class regular mail addressed at 4376 White Plains Road, Bronx, New York 10466.  Simultaneous therewith, I also caused to be served a true copy of the Order and Docket Text respectively on Mr. Young C. Cho, a Korean language interpreter who appeared on March 31, 2008 and consented to receiving notices on behalf of the defendants, by transmitting same to Mr. Cho at the fax number of 718-445-6091.  True copies of the transmittal cover letter and a fax confirmation page are attached hereto.

3.      I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.


Executed on April 1, 2008  
New York, New York.  
2:54 p.m.                                                              /s/_____  
                                                                              Bing Li (BL 5550)

# LAW OFFICES OF BING LI, LLC
ATTORNEYS AT LAW

1350 BROADWAY, SUITE 1001
NEW YORK, NY 10018-0947
TELEPHONE. (212) 967-7690
FACSIMILE: (917) 591-9292

NEW JERSEY OFFICE
403 KING GEORGE ROAD, SUITE 201
BASKING RIDGE, NJ 07920-2812
TELEPHONE (908) 647-9300
TELECOPIER (908) 647-9301

BING LI †
bli@blillc.com

† MEMBER NY & NJ BARS

April 1. 2008

**VIA REGULAR MAIL**
Mr. Myung Jong Cha,
4376 White Plains Road
Bronx, New York 10466

Mrs. Hae Ja Cha,
4376 White Plains Road
Bronx, New York 10466

Cha Brothers,
4376 White Plains Road
Bronx, New York 10466

Re:  Korean Produce Buying Service Inc. v
Cha Brothers et al.
<u>Case No.: 08 Civ. 2493 (RJS)</u>

Dear Mr. and Mrs. Cha:

Further to our court appearance before the Honorable Judge Sullivan on March 31, 2008, I hereby serve you a copy of Judge Sullivan's order dated March 31. 2008 regarding a briefing schedule in connection with Plaintiff's motion for a preliminary injunction. Attached please see a true copy of the Order (Document # 13) and a true copy of the email docket text received through the Court's ECF system. If you have any questions, please contact my office or Attorney Chan-Yun Joo at your convenience.

Very truly yours,

Bing Li

Enclosures
cc:   Mr. Young C. Cho, Interpreter
      (via fax 718-445-6091)
      Chan-Yun Joo, Esq., co-counsel

# Message Confirmation Report

APR-01-2008 01:34 PM TUE

```
                              WorkCentre M20 Series
                              Machine ID       :  BLLLC
                              Serial Number    :  ryu273090.......
                              Fax Number       :  9175919292


Name/Number   :  917184456091
Page          :  5
Start Time    :  APR-01-2008 01:32PM TUE
Elapsed Time  :  02'36"
Mode          :  STD G3
Results       :      O.K
```

---

## LAW OFFICES OF BING LI, LLC
ATTORNEYS AT LAW

1350 BROADWAY, SUITE 1001
NEW YORK, NY 10018-0947
TELEPHONE: (212) 967-7690
FACSIMILE (917) 591-9292

NEW JERSEY OFFICE
403 KING GEORGE ROAD, SUITE 201
BASKING RIDGE, NJ 07920-2812
TELEPHONE: (908) 647-9300
TELECOPIER: (908) 647-9301

### FACSIMILE COVER SHEET

| TO | FIRM | FAX NO. |
|---|---|---|
| Mr. Young C. CHo, Interpreter | NY State Certified Court Interpreter (Korean) | (718) 445-6091 |
| Chun-Yun Joo, Esq, co-counsel | | (212) 447-0324 |

| FROM | RE | DATE |
|---|---|---|
| Bing Li, Esq. | Korean Produce Buying Service Inc v. Cha Brothers et al. Case No 08 Civ 2493 (RJS) | 04/01/2008 |

NUMBER OF PAGES _5_ (INCLUDING COVER SHEET)

MESSAGE

ORDER OF JUDGE SULLIVAN DATED MARCH 31, 2008

PLEASE NOTE: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL, AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND OTHERS WHO HAVE BEEN SPECIFICALLY AUTHORIZED TO RECEIVE SUCH INFORMATION. IF THE RECIPIENT IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.