UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7|7|08

KOREAN PRODUCE BUYING SERVICE
INC., t/a K.P.T.,

Plaintiff,

-v-

CHA BROTHERS, MYUNG JONG CHA
and HAE JA CHA, individually and/or doing
business as Cha Brothers,

Defendants.

No. 08 Civ. 2493 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By order dated April 10, 2008, the Court discontinued this action with prejudice and accorded

the parties sixty days to apply for "restoration of the action" to this Court's calendar in the event that

settlement was "not consummated." By letter dated June 4, 2008, plaintiff seeks an extension of

time to apply for restoration of this action pending the parties' final agreement on settlement terms.

IT IS HEREBY ORDERED that plaintiff's request is GRANTED *nunc pro tunc*. The time

for any party to apply for restoration of this action is extended to July 10, 2008.

IT IS FURTHER ORDERED that, by July 10, 2008, plaintiff shall submit a letter regarding

the status of settlement negotiations.

IT IS FURTHER ORDERED that plaintiff shall serve a copy of this Order on *pro se*

defendants and file proof of service with the Court.

SO ORDERED.

DATED:      New York, New York
            July 2, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE